No. 02–8822.  LOCKETT v. WILLIAMS, WARDEN.  Super. Ct. Pulaski County, Ga.  Certiorari denied.

No. 02–8837.  MARTINEZ v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 02–8838.  McGATH v. SMITH, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–8839.  ELLIS v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 02–8840.  DIAL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–8845.  BLACKSHARE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 02–8847.  HIGHFILL v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–8848.  HURTADO v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 02–8856.  KADYEBO v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 02–8857.  MARTIN v. NESBITT ET AL.  Ct. App. Neb.  Certiorari denied.

No. 02–8865.  JENKINS v. UNIVERSAL AMERICAN MORTGAGE CORP.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 02–8866.  SEARLES v. TOWN OF WEST HARTFORD BOARD OF EDUCATION.  App. Ct. Conn.  Certiorari denied.

No. 02–8870.  TAEGEL v. TEXAS.  Ct. App. Tex., 11th Dist. Certiorari denied.

No. 02–8875.  TEAR v. TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.